DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SIATUA MATAAFA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>              Plaintiff,              )<br>                                      )<br>     v.                               )<br>                                      )<br>SIATUA MATAAFA,                       )<br>                                      )<br>              Defendant.              )<br>                                      )<br>_____) | No. 2:08-CR-0286 FCD<br><br>**STIPULATION AND ORDER**<br>**VACATING STATUS CONFERENCE AND**<br>**SCHEDULING MOTIONS AND HEARING**<br><br><br>Date:   August 25, 2008<br>Time:   10:00 a.m.<br>Judge:  Hon. Frank C. Damrell, Jr. |

It is hereby stipulated and agreed between defendant, Siatua Mataafa, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for August 25, 2008, may be vacated and the following schedule set for the filing and hearing of pretrial motions:

   1.   Defendant's motion to suppress evidence and other Rule 12 motions shall be filed by August 29, 2008;

   2.   Any opposition shall be filed by September 12, 2008;

   3.   A reply brief shall be filed by September 26, 2008;

   4.   A non-evidentiary hearing shall be held on October 6, 2008, at 10:00 a.m.

1   Should it be necessary to hear evidence on defendant's motion, the
2 parties agree that the evidentiary hearing may be scheduled for a later
3 date and time.

4   In order to afford defense counsel adequate time to prepare, the
5 parties agree that time under the Speedy Trial Act should be excluded
6 from the date of this order through August 29, 2008, pursuant to Title
7 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).
8 (The parties recognize that time is automatically excluded once the
9 motion is filed.)

10                                    Respectfully Submitted,

11                                    DANIEL J. BRODERICK
                                      Federal Defender
12

13  Dated:  August 18, 2008           /s/ T. Zindel
                                      TIMOTHY ZINDEL
14                                    Assistant Federal Defender
                                      Attorney for SIATUA MATAAFA
15

16                                    McGREGOR W. SCOTT
                                      United States Attorney
17

18  Dated:  August 18, 2008           /s/ T. Zindel for W. Wong
                                      WILLIAM S. WONG
19                                    Assistant U.S. Attorney

20

21                          **O R D E R**

22   The August 25, 2008, status conference is vacated and the above
23 schedule is adopted.  A non-evidentiary hearing is scheduled for October
24 6, 2008, at 10:00 a.m.

25   The Court finds that a continuance is necessary for the reasons
26 stated above and further finds that the ends of justice served by
27 granting a continuance outweigh the best interests of the public and the
28 defendant in a speedy trial.  Time is therefore excluded from the date of

Stip. & Order                -2-

1  this order through August 29, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A)
2  and (B)(iv).
3       IT IS SO ORDERED.
4
5  Dated:   August 20, 2008                 _____
6                                           FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE

Stip. & Order                    -3-