IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SIATUA MATAAFA,
  aka Siatua Matafa,
  aka Secqwa Niko
  aka Niko Secqwa,

        Defendant.
                                            /

2:08-CR-0286 FCD

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release SIATUA MATAAFA, Case No. CR.S-08-0286 FCD, Charge 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm, from custody subject to the conditions listed below:

      X    Release on Personal Recognizance

      ___    Bail Posted in the Sum of $ [ ]

      ___    Unsecured Appearance Bond

    \_\_\_    Appearance Bond with 10% Deposit

    \_\_\_    Appearance Bond with Surety

    \_\_\_    Corporate Surety Bail Bond

    \_\_\_    (Other)

Issued at Sacramento, California on December 15, 2008, at 10:10 a.m.

Dated: December 15, 2008

*/s/ Frank C. Damrell, Jr.*
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2