```
LAWRENCE G. BROWN
Acting United States Attorney
WILLIAM S. WONG
TODD D. LERAS
Assistant U.S. Attorneys
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790
Telephone (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SIATUA MATAAFA, <br><br> Defendant. | CR. NO. 2:08-CR-0286 FCD <br><br> STIPULATION AND ORDER TO RESET MOTION SCHEDULE |

The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and William S. Wong and Todd D. Leras, Assistant United States Attorneys, and the defendant Siatua Mataafa, through her counsel, Timothy L. Zindel, Assistant Federal Defender, stipulate and agree to the following revised schedule regarding the government's Motion for Reconsideration of Order on Motion to Suppress currently set for hearing on January 20, 2009 at 10:00 a.m.:

    1.    Government's Motion for Reconsideration shall be filed no later than January 20, 2009;

    2.    Defendant's Opposition shall be filed no later than January 27, 2009; and

1      3.   The hearing on Motion and Further Status Conference shall be continued to February 2, 2009 at 10:00 a.m.

The government needs additional time to research and prepare the motion.  Due to illness and a pending surgery, Assistant United States Attorney William S. Wong has been unable to complete the research and drafting of the motion.  Accordingly, the parties stipulate to the revised law and motion schedule.

Additionally, the parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) - Local Code T-4 - reasonable time to prepare and for continuity of counsel and 18 U.S.C. § 3161(h)(1)(F) - Local Code E - pending motion.  The parties agree to exclusion of time for the reasons stated above from January 20, 2009, to and including February 2, 2009.

```
                                        Respectfully submitted,

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

DATED: January 6, 2009          By: /s/ William S. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

DATED: January 6, 2009          By: /s/ Todd D. Leras
                                        TODD D. LERAS
                                        Assistant U.S. Attorney

DATED: January 6, 2009          By: /s/ Timothy L. Zindel
                                        TIMOTHY L. ZINDEL
                                        Assistant Federal Defender
                                        Attorney for Defendant
```

**ORDER**

Good cause having been shown, it is hereby ordered that the revised motion schedule is adopted and that time should be excluded under Local Code T-4 and Local Code E from January 20, 2009, to and including February 2, 2009.  The hearing on the government's Motion for Reconsideration of Order on Motion to Suppress and Further Status Conference is continued to February 2, 2009 at 10:00 a.m.

DATED: January 7, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE