LAWRENCE G. BROWN
Acting United States Attorney
WILLIAM S. WONG
TODD D. LERAS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SIATUA MATAAFA, ) <br> ) <br> Defendant. ) <br> _____) | NO. 2:08-CR-0286 FCD <br><br> STIPULATION AND ORDER <br> TO RESET MOTION SCHEDULE |

The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and William S. Wong and Todd D. Leras, Assistant United States Attorneys, and the defendant Siatua Mataafa, through her counsel, Timothy L. Zindel, Assistant Federal Defender, stipulate and agree to the following revised schedule regarding the government's Motion for Reconsideration of Order on Motion to Suppress currently set for hearing on February 2, 2009, at 10:00 a.m.:

   1.   Government's Motion for Reconsideration shall be
        filed no later than February 2, 2009.

   2.   Defendant's Opposition shall be filed no later than
        February 9, 2009.

1

3.  The Hearing on the Motion for Reconsideration shall be set for February 17, 2009, at 10:00 a.m.

Counsel for the government is in the process of editing an oversized brief which is due to the Ninth Circuit Court of Appeals in the case of <u>United States v. Arceneaux, et al.</u>, C.A. Nos. 06-10369, 06-10381, 06-10378.  The government's reply in these consolidated briefs resulted in an oversized brief of approximately 25,557 words or 98 pages.  The Court of Appeals has granted the government's request to file an oversized brief, in part, to the extent of 24,000 words.  Due to the many trial issues that were raised by the defendant, the government is in the process of reducing its brief by 1,557 words.  The government's brief is due on January 26, 2009.

DATED: January 21, 2009          Respectfully submitted,

                                 LAWRENCE G. BROWN
                                 Acting United States Attorney


                          By:    /s/ WILLIAM S. WONG
                                 WILLIAM S. WONG and
                                 TODD D. LERAS
                                 Assistant U.S. Attorneys


DATED: January 21, 2009          DANIEL J. BRODERICK
                                 Federal Defender


                          By:    /s/ TIMOTHY L. ZINDEL
                                 TIMOTHY L. ZINDEL
                                 Assistant Federal Defender

///

///

///

///

2

**<u>ORDER</u>**

Good cause having been shown, it is hereby ordered that the revised motion schedule is adopted and that time should be excluded under Local Code T-4 and Local Code E from February 2, 2009, to and including February 17, 2009.  The hearing on the government's Motion for Reconsideration of Order on Motion to Suppress and Further Status Conference is continued to February 17, 2009, at 10:00 a.m.

DATED: January 22, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE