```
LAWRENCE G. BROWN
Acting United States Attorney
WILLIAM S. WONG
TODD D. LERAS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | NO. 2:08-CR-0286 FCD |
| SIATUA MATAAFA, ) ) | STIPULATION AND ORDER TO RESET MOTION SCHEDULE |
| Defendant. ) _____) | |

The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and William S. Wong and Todd D. Leras, Assistant United States Attorneys, and the defendant Siatua Mataafa, through her counsel, Timothy L. Zindel, Assistant Federal Defender, stipulate and agree to the following revised schedule regarding the government's Motion for Reconsideration of Order on Motion to Suppress currently set for hearing on February 17, 2009, at 10:00 a.m.:

1. Government's Motion for Reconsideration shall be filed no later than March 2, 2009.

2. Defendant's Opposition shall be filed no later than March 9, 2009.

     3.    The Hearing on the Motion for Reconsideration shall be set for March 16, 2009, at 10:00 a.m.

Counsel for the government is in the process of editing an oversized brief which is due to the Ninth Circuit Court of Appeals in the case of <u>United States v. Arceneaux, et al.</u>, C.A. Nos. 06-10369, 06-10381, 06-10378.  The government's reply in these consolidated briefs resulted in an oversized brief of approximately 25,557 words or 98 pages.  The Court of Appeals has granted the government's request to file an oversized brief, in part, to the extent of 24,000 words.  Due to the many trial issues that were raised by the defendant, the government is in the process of reducing its brief by 1,557 words.  The government's brief was filed on January 26, 2009.

Further, in setting the law and motion schedule, counsel learned from defendant's counsel that he is unavailable until the month of March.  Therefore, this revised schedule should accommodate all parties.

DATED: February 10, 2009         Respectfully submitted,

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

                          By:   <u>/s/ WILLIAM S. WONG</u>
                                      WILLIAM S. WONG and
                                      TODD D. LERAS
                                      Assistant U.S. Attorneys

DATED: February 10, 2009         DANIEL J. BRODERICK
                                      Federal Defender

                          By:   <u>/s/ TIMOTHY L. ZINDEL</u>
                                      TIMOTHY L. ZINDEL
                                      Assistant Federal Defender

**ORDER**

Good cause having been shown, it is hereby ordered that the revised motion schedule is adopted and that time should be excluded under Local Code T-4 and Local Code E from February 17, 2009, to and including March 16, 2009. The hearing on the government's Motion for Reconsideration of Order on Motion to Suppress and Further Status Conference is continued to March 16, 2009, at 10:00 a.m.

DATED: February 11, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE