```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  WILLIAM S. WONG
    TODD D. LERAS
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )
                                  )
12              Plaintiff,        )
                                  )
13       v.                       )   NO. 2:08-CR-00286 FCD
                                  )
14  SIATUA MATAAFA,               )   STIPULATION AND ORDER
                                  )   TO RESET STATUS CONFERENCE
15              Defendant.        )
    _____)
16
17       The United States of America, through its counsels of record,
18  Lawrence G. Brown, Acting United States Attorney for the Eastern
19  District of California, and William S. Wong and Todd D. Leras,
20  Assistant United States Attorneys, and the defendant Siatua Mataafa,
21  through her counsel, Timothy L. Zindel, Assistant Federal Defender,
22  hereby stipulate and agree that the status conference scheduled for
23  March 16, 2009, should be continued to April 20, 2009, at 10:00 a.m.
24       The government has decided not to file a motion for
25  reconsideration, but would like additional time to consider its
26  appellate remedies.
27       Parties agree that time be excluded pursuant to 18 U.S.C. §
28  3161(h)(8)(B)(iv) - Local Code T-4 - reasonable time to prepare and
```

1

for continuity of counsel.  The parties agree that time be excluded under this provision for the reasons stated above from March 16, 2009, to and including April 20, 2009.

DATED: March 13, 2009                    Respectfully submitted,

                                         LAWRENCE G. BROWN
                                         Acting United States Attorney

                                    By:  /s/ WILLIAM S. WONG
                                         WILLIAM S. WONG and
                                         TODD D. LERAS
                                         Assistant U.S. Attorneys

DATED: March 13, 2009                    DANIEL J. BRODERICK
                                         Federal Defender

                                    By:  /s/ Timothy L. Zindel
                                         TIMOTHY L. ZINDEL
                                         Assistant Federal Defender

## ORDER

Good cause having been shown, it is hereby ordered that this matter be set for April 20, 2009, at 10:00 a.m. and that time should be excluded under Local Code T-4 and Local Code E from March 16, 2009, to and including April 20, 2009.

DATED: March 13, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE