```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  WILLIAM S. WONG
    TODD D. LERAS
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   2:08-CR-286 FCD
                                )
12        Plaintiff,            )   AMENDED STIPULATION AND ORDER
                                )   TO RESET STATUS CONFERENCE
13     v.                       )
                                )
14  SIATUA MATAAFA,             )   DATE: April 20, 2009
                                )   TIME: 10:00 a.m.
15        Defendant.            )   CRTRM: Hon. Frank C. Damrell, Jr.
    _____)
16
17        The United States of America, through its counsels of record,
18  Lawrence G. Brown, Acting United States for the Eastern District of
19  California, and William S. Wong and Todd D. Leras, Assistant United
20  States Attorneys, and the defendant Siatua Mataafa, through her
21  counsel, Timothy L. Zindel, Assistant Federal Defender, hereby
22  stipulate and agree that the status conference scheduled for
23  April 20, 2009, be continued to July 13, 2009, at 10:00 a.m.
24        The government has decided not to file a motion for
25  reconsideration, but would like additional time to consider its
26  appellate remedies.  Counsel for the government is scheduled for knee
27  surgery on April 22, 2009, and will probably be out of the office for
28  two to three weeks.
```

                                    1              Stipulation and Order

The parties agree that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) - Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision for the reasons stated above from April 20, 2009, to an including July 13, 2009.

DATED: April 17, 2009                Respectfully submitted,

                                     LAWRENCE G. BROWN
                                     Acting United States Attorney


                                By:  /s/ WILLIAM S. WONG
                                     WILLIAM S. WONG
                                     TODD D. LERAS
                                     Assistant U.S. Attorneys


DATED: April 17, 2009                /s/ WILLIAM S. WONG for
                                     TIMOTHY L. ZINDEL
                                     Assistant Federal Defender
                                     Counsel for Defendant Mataffa


## ORDER

Good cause having been shown, IT IS HEREBY ORDERED that this matter be set for July 13, 2009, at 10:00 a.m., and that time should be excluded under Local Code T-4 from April 20, 2009, to and including July 13, 2009.

DATED: April 17, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE