LAWRENCE G. BROWN
Acting United States Attorney
WILLIAM S. WONG
TODD D. LERAS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:08-CR-0286 FCD |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS; ORDER |
| v. ) | |
| SIATUA MATAAFA, ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States, by and through its undersigned attorneys, moves the Court for an order dismissing the Indictment against defendant Siatua Mataafa.

Defendant is charged by Indictment in this case with being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1). Defendant was arrested on June 5, 2008.  She later filed a motion to suppress evidence seized from her purse by Sacramento Police Department officers on the date of her arrest.   The Court granted defendant's motion to suppress evidence in a Memorandum and Order dated December 1, 2008.

1

1    In light of the December 1st Order, the government does not have
2 sufficient evidence to meet its burden to prove the case beyond a
3 reasonable doubt at trial.  The government therefore requests that
4 the Court dismiss the Indictment in this case.

DATED: July 20, 2009

>  LAWRENCE G. BROWN
> Acting United States Attorney
>
> \_\_\_\_\_/s/ William S. Wong\_\_\_\_\_
> By: WILLIAM WONG
> Assistant United States Attorney
>
> \_\_\_\_\_/s/ Todd D. Leras\_\_\_\_\_
> By: TODD D. LERAS
> Assistant United States Attorney

### ORDER

Based on the government's motion, it is hereby ordered that the Indictment in Case Number 08-286 be dismissed without prejudice.  The status conference set for July 27, 2009 is vacated.

DATED: July 21, 2009

> FRANK C. DAMRELL, JR.
> UNITED STATES DISTRICT JUDGE

2